Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

177 So. 923

**Willie Mae MASON v. STATE.**
**I Div. 283.**

Court of Appeals of Alabama.
Nov. 16, 1937.

SAMFORD, Judge.
Appeal dismissed.

184 So. 918

**Grady MAULDIN, alias Maudley v. STATE.**
**5 Div. 22.**

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

176 So. 924

**Douglas MEACHAM v. STATE.**
**4 Div. 392.**

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.

185 So. 924

**S. E. MEADOWS v. STATE.**
**5 Div. 65.**

Court of Appeals of Alabama.
Dec. 13, 1938.

D. T. Ware, of Roanoke, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

176 So. 924

**Luvenie, alias Luvene, MEDDERS v. STATE.**
**2 Div. 628.**

Court of Appeals of Alabama.
Nov. 2, 1937.

RICE, Judge.
Affirmed.

176 So. 924

**Luvenie, alias Luvene, MEDDERS v. STATE.**
**2 Div. 630.**

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.